IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL L. HOUSE<br><br>Plaintiff,<br><br>v.<br><br>TONY W. FORTNER,<br>TEMPERATURE CONTROLLED<br>EXPRESS, INC., GREAT WEST<br>CASUALTY COMPANY, and JOHN<br>DOE CORPORATIONS 1-3<br><br>Defendant. | CIVIL ACTION<br>FILE NO.: 1:21-cv-01183-SEG |

## DEFENDANTS' MOTION FOR AWARD OF SANCTIONS AGAINST NON-PARTY ORTHO SPORT & SPINE PHYSICIANS

COME NOW, Defendants, and file this Motion for an Award of Sanctions Against Non-Party Ortho Sport & Spine Physicians, showing the Court as follows:

1.

Defendants filed a Motion to Compel and for Sanctions against non-party Ortho Sport & Spine Physicians ("Ortho Sport") on several grounds, including that Ortho Sport failed to produce a 30(b)(6) witness who was properly prepared to testify on the specified topics. [Doc. 110].

M0953520.1 15196                                     1

2.

Ortho Sport's designated representative, Bruce Bryant, had no relationship at all to Ortho Sport, but was the brother of a neighbor of Ortho Sport's counsel, and was being paid $195 per hour for his services. Bryant was so unprepared for his deposition that he could not answer basic questions about Ortho Sport, including who the owner of the company was, the type of electronic records software used, and the meaning of notations on the bills that were charged for treatment of Plaintiff. He also testified falsely that all documents requested by Defendants had been produced to them, as was later revealed through testimony of one of Ortho Sport's physicians. Id; [Doc. 119].

3.

Following a hearing on the Motion to Compel, at the Court's request, Defendants filed under seal a complete copy of the 30(b)(6) deposition. [Doc. 128].

4.

On October 21, 2022, the Court issued an Order on Defendants' Motion to Compel [Doc. 132] and found that Ortho Sport had acted in violation of Rule 37 of the Federal Rules of Civil Procedure by failing to properly prepare their 30(b)(6) deponent. The Court ordered Ortho Sport to show cause why it should not be sanctioned for its conduct related to the deposition. Id.

5.

On November 3, 2022, at the Show Cause hearing, after counsel for Ortho Sport had opportunity to be heard, the Court ruled that sanctions were appropriate for Ortho Sport's conduct related to the deposition and that it should be ordered to pay Defendants the fees incurred for its counsel to prepare the Motion to Compel specifically related to the 30(b)(6) deposition.  The Court directed Defendants to file a motion for sanctions with a supporting affidavit.

6.

Defendants' counsel's affidavit is attached hereto as Exhibit A.  The total fees incurred by Defendants related to the deposition portion of the motion to compel total **$2,451.00**.

WHEREFORE, Defendants respectfully request that the Court issue an Order that Ortho Sport be ordered to pay Defendant GREAT WEST CASUALTY COMPANY sanctions in the amount of **$2,451.00**.

[Signatures continued on following page]

M0953520.1 15196

3

Respectfully submitted, this 7th day of November, 2022.

MCMICKLE, KUREY & BRANCH, LLP

*/s/ Elenore C. Klingler*
KEVIN P. BRANCH
Georgia Bar No. 111839
ELENORE C. KLINGLER
Georgia Bar No. 425190
*Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:   (678) 824-7800
Facsimile:    (678) 824-7801
Email: kpb@mkblawfirm.com
       eklingler@mkblawfirm.com

M0953520.1 15196                    4

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C.   This document has been prepared in Times New Roman font, 14-point.

*/s/ Elenore C. Klingler*
For the Firm

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing

**DEFENDANTS' MOTION FOR AWARD OF SANCTIONS AGAINST NON-PARTY ORTHO SPORT & SPINE PHYSICIANS** via the Court's Electronic Case Filing system which will provide copies of the same via electronic service to to:

<table>
<tr>
<td>
Roger W. Orlando, Esq.<br>
THE ORLANDO FIRM<br>
315 East Ponce De Leon<br>
Decatur Court, Suite #400<br>
Decatur, GA 30030<br>
roger@orlandofirm.com<br>
<em>Attorney for Plaintiff</em>
</td>
<td>
Yasha Heidari<br>
Heidari Power Law Group, LLC<br>
2997 Cobb Parkway #724615<br>
Atlanta, GA 31139<br>
<strong>yasha@hplawgroup.com</strong><br>
<em>Attorney for Ortho Sport & Spine</em>
</td>
</tr>
</table>

This 7th day of November, 2022.


/s/ *Elenore C. Klingler*

_____

ELENORE C. KLINGLER
For the Firm

M0953520.1 15196                                    6